■ HARRY EAGLE, Respondent, v. RAMAR SHIRT Co., INC., et al., Appellants. — Order entered on April 28, 1965 unanimously affirmed, without costs or disbursements, but with leave to defendants to serve a notice of examination with respect to the amended complaint and, in the event such notice is served, the defendants shall have priority in the order of examination. Order entered on May 6, 1965 unanimously affirmed, without costs or disbursements on the mem-

orandum in appeal decided herewith. Concur — Rabin, J. P., Valente, McNally, Stevens and Steuer, JJ.